472 A.2d 246

Commonwealth, Appellant, v. Felder (at No. 2178).

Commonwealth, Appellant, v. Brown (at No. 2179).

598

 Ar-
gued September 6, 1983. Garold Edward Tennis, Assistant
District Attorney, for Commonwealth, appellant; Joseph
Mistrano, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Orders reversed; Cases remanded for disposition of ap-
pellee's remaining post-verdict motions.

Jurisdiction relinquished.